# EXHIBIT D

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 1100 Anacapa Street<br>CITY AND ZIP CODE: Santa Barbara CA 93101<br>BRANCH NAME: Anacapa | **F I L E D**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**03/18/2026**<br>Angela Braun, Executive Officer<br>BY Baksh, Narzralli<br>Deputy Clerk |
| CAPTION:<br><br>**California Department of Parks and Recreation   vs Sable Offshore Corp  et al** | |

| ORDER AND NOTICE OF CASE ASSIGNMENT;<br>NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>**26CV01759** |
|---|---|

The above case is hereby assigned to Judge **Colleen K Sterne** for ALL purposes, including trial.  All future matters, including ex-parte matters, are to be scheduled with the assigned judge.  Counsel shall include the name of the assigned judge in the caption of every document filed with the court.  The above-entitled case is hereby ordered set for:

**Case Management Conference** on **07/20/2026** at **8:30 AM** in **SB Dept 5** at the court address above.

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors.  A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service.  Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions.  Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110).  In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences.
Please refer to the court's website for information about remote proceedings
https://www.santabarbara.courts.ca.gov/system/files/general/information-remote-appearances-website.pdf.
Use the links provided to access the Remote Hearing Information flyer in English
https://www.santabarbara.courts.ca.gov/system/files/general/zoom-information-civil.pdf,and in Spanish
https://www.santabarbara.courts.ca.gov/system/files/general/zoom-instructions-civil-spanish.pdf.  Or visit the to the court's website at https://santabarbara.courts.ca.gov/ and click on Remote Appearance by Zoom.
At the Court's discretion counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated:   3/18/2026

Judge of the Superior Court
Von Deroian

---

### CLERK'S CERTIFICATE OF SERVICE

I certify that I am not a party to this cause, and that a true copy of this document was electronically served or mailed first class, postage prepaid in a sealed envelope addressed as shown, and that the electronic service or mailing of the foregoing and execution of this certificate occurred at *(place)* Santa Barbara, California on *(date)*: 03/18/2026

Jessica E Tucker-Mohl
Office of Attorney General
Jessica.Tuckermohl@doj.ca.gov

Angela Braun, Executive Officer          By _____ Narzralli Baksh _____ , Deputy

| SC-2028 | ORDER &NOTICE OF CASE ASSIGNMENT<br>NOTICE OF CASE MANAGEMENT CONFERENCE | Local Rule 1309<br>CRC3.222 |
|---|---|---|

EXHIBIT D
95