LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice* forthcoming)
  *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:  +1 202.853.3491

HOLLAND & KNIGHT LLP
  James W. Noe (*pro hac vice* forthcoming)
  *jim.noe@hklaw.com*
  Ashley Akers (*pro hac vice* forthcoming)
  *ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile: + 1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp.*
*and Pacific Pipeline Company*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,<br><br>               Plaintiff,<br><br>        v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>               Defendants. | Case No. 2:26-cv-2946<br><br>**DEFENDANTS NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3**<br><br>Removed from Santa Barbara County Superior Court on March 19, 2026 Case No. 26CV01759<br><br>Complaint Filed: March 17, 2026 |

In compliance with Local Rule 83-1.3, Defendants Sable Offshore Corp. ("Sable Offshore"), and Pacific Pipeline Company ("PPC") (collectively, "Sable") file this Notice of Related Cases to inform the Court of a previously filed action in this Court that present similar questions of law and fact to the above-captioned matter:

1. *Sable Offshore Corp., and Pacific Pipeline Company v. Armando Quintero,* in his capacity as Director of the California Department of Parks and Recreation, No. 2:26-cv-02739 ("*Quintero Lawsuit*").

Local Rule 83-1.3 provides that a notice shall be filed and served on all parties when two or more civil cases filed in the Central District of California appear to: "(a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." (L.R. 83-1.3.1.)

There is substantial overlap in the issues presented in the *Quintero Matter* and this instant action, which warrants this Notice of Related Cases. Both lawsuits concern Sable's movement of hydrocarbons through a pipeline in Gaviota State Park in response to an order from the Department of Energy under delegation from the President, which the state contends is a trespass.

Accordingly, Defendants respectfully submit that the above-captioned case be deemed related to the *Quintero Matter* pursuant to Local Rule 83-1.3.1 and transferred to the Honorable Judge who will preside over the *Quintero Matter*.


Dated:  March 19, 2026                    Respectfully submitted,

                                          LATHAM & WATKINS LLP

                                          By: /s/ *Jessica Stebbins Bina*
                                               LATHAM & WATKINS LLP

Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice* forthcoming)
*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
James W. Noe (pro hac vice forthcoming)
jim.noe@hklaw.com
Ashley Akers (pro hac vice forthcoming)
ashley.akers@hklaw.com
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile: + 1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp. and Pacific Pipeline Company*