ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
*Jessica.tuckermohl@doj.ca.gov*
Supervising Deputy Attorney General
ALICE M SEGAL (SBN 288108)
*alice.segal@doj.ca.gov*
MATTHEW T. STRUHAR (SBN 293973)
*Matthew.struhar@doj.ca.gov*
Deputy Attorneys General
State Bar No. 288108
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9640
  Fax: (916) 732-7920
*Attorneys for Plaintiff*
*California Department of Parks and Recreation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Department of Parks and Recreation,** | Case No. 2:26-cv-02946-WLH-MAA |
| Plaintiff, | **DEPARTMENT OF PARKS & RECREATION'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | Date: April 24, 2026 |
| **Sable Offshore Corp. and Pacific Pipeline Company,** | Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu |
| Defendant. | Trial Date: Not Set<br>Action Filed: 3/17/2026<br>Date Removed: 3/19/2026<br>Filed/Concurrently Lodged with:<br>Declaration of Emma Siverson;<br>Declaration of Dena Bellman;<br>Declaration of David Flora;<br>Proposed Preliminary Injunction<br>Order; Request for Judicial Notice;<br>Memorandum of Points and Authorities |

1

**NOTICE OF PLAINTIFF'S MOTION PRELIMINARY INJUNCTION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that that, pursuant to Federal Rule of Civil Procedure 65(b) and Civil Local Rules 6-1 and 65-1, Plaintiff California Department of Parks and Recreation ("State Parks") will and do move this Court pursuant to Fed. R. Civ. P. 65(b) and Local Rule 65-1 for a preliminary injunction pending trial in this action enjoining Defendants Sable Offshore Corp., a Texas corporation, and Pacific Pipeline Company, a Delaware corporation (individually "PPC" and collectively, "Sable") and its employees, agents, and persons acting with Sable or on its behalf, from trespassing at Gaviota State Park, which is owned and operated by State Parks, by transporting oil through an underground pipeline that runs through the Park. As set forth in the accompanying Memorandum of Points and Authorities, a preliminary injunction is necessary to prevent immediate and irreparable harm to State Parks, caused by Sable's ongoing active trespass through Gaviota State Park.

This motion is based on this Motion, the Complaint for Declaratory and Injunctive Relief (ECF. 1-1), the accompanying Memorandum of Points and Authorities, the accompanying proposed schedule for Preliminary Injunction, the accompanying supporting declarations, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court. State Parks has not filed any previous applications for similar relief although State Parks attempted to seek injunctive relief from California superior court in the county of Santa Barbara; the case was removed to Federal Court before State Parks was able to file its application for injunctive relief.[1]

---

[1] Although State Parks is continuing to seek injunctive relief, it is seeking such relief after the matter was removed from State Court by Sable. Accordingly, pursuant to *Office of Hawaiian Affairs v. Dept. Of Educ.*, 951 F. Supp. 1484, 1490 (D. Haw. 1996), State Parks is pursuing this injunctive authority without waiving its right to subsequently assert sovereign immunity.

As laid out further below in the Memorandum of Points and Authorities, this Motion is made following counsel's provision of notice to counsel for Sable in accordance with Local Rule 6-1. Pursuant to Local Rule 7-3, as the present motion is one for preliminary injunction, Counsel is exempt from the conference requirements.

Dated:  March 27, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

ALICE M. SEGAL
Deputy Attorney General
*Attorneys for Plaintiff California Department of Parks and Recreation*

3

# CERTIFICATE OF SERVICE

Case Name:   **California Department of Parks & Recreation v. Sable Offshore Corp. et al.**
Case No.    **2:26-cv-02946**

I hereby certify that on <u>March 27, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEPARTMENT OF PARKS & RECREATION'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

2. **DEPARTMENT OF PARKS & RECREATION'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE DEPARTMENT OF PARKS & RECREATION'S MOTION FOR A PRELIMINARY INJUNCTION**

4. **DECLARATION OF DAVID FLORA IN SUPPORT OF THE DEPARTMENT OF PARKS & RECREATION'S MOTION FOR PRELIMINARY INJUNCTION**

5. **DECLARATION OF DENA BELLMAN IN SUPPORT OF THE DEPARTMENT OF PARKS & RECREATION'S MOTION FOR A PRELIMINARY INJUNCTION**

6. **DECLARATION OF EMMA SIVERSON IN SUPPORT OF THE DEPARTMENT OF PARKS & RECREATION'S MOTION FOR A PRELIMINARY INJUNCTION**

7. **[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 27, 2026</u>, at San Francicso, California.

| | |
|---|---|
| G.Guardado | /s/ G. Guardado |
| *Declarant* | Signature |