ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General
ALICE SEGAL (SBN 288108)
MATTHEW STRUHAR (SBN 293973)
Deputy Attorneys General
  600 West Broadway, Suite 1800
  San Diego, California 92101
  Tel: (619) 738-9640
  E-mail: Alice.Segal@doj.ca.gov
*Attorneys for Plaintiff*
*Department of Parks & Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,**<br><br>Plaintiff,<br><br>v.<br><br>**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY,**<br><br>Defendants. | Case No. 2:26-02946-WLH-MAA<br><br>**DECLARATION OF DAVID FLORA IN SUPPORT OF THE DEPARTMENT OF PARKS & RECREATION'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          April 24, 2026<br>Time:          1:30 p.m.<br>Courtroom:  9B<br>Judge:         Hon. Wesley L. Hsu<br>Trial Date:   Not Set<br>Date Removed: 3/19/2026<br>Filed/Concurrently Lodged with:<br>Motion for Preliminary Injunction;<br>Declaration of Emma Siverson;<br>Declaration of Dena Bellman;<br>Proposed Preliminary Injunction<br>Order; Request for Judicial Notice |

I, David Flora, declare as follows:

1. I am currently employed as a Water and Sewage Plant Supervisor at the Department of Parks and Recreation ("State Parks"), where I run the Las Cruces water treatment plant supplying water at Gaviota State Park. I have held this position, and related positions, with State Parks since 2019. I have personal knowledge of the facts stated in this declaration and could, if called upon to do so, testify competently thereto.

1

DECL. OF DAVID FLORA ISO MOTION FOR PRELIMINARY INJUNCTION (2:26-02946-WLH-MAA)

2. I am informed and believe that a subterranean pipeline (the "Pipeline") was placed nearly forty years ago for the proposes of enabling the transportation of oil beneath a portion of Gaviota State Park.

3. As part of my work for State Parks, I have become familiar with the locations of the pipelines that run under Gaviota State Park, including the Pipeline.

4. Similarly, as part of my work for State Parks, I regularly travel over the roads where the Pipeline is located. I would estimate that I travel over the Pipeline every day. During this travel, part of my work requires me to examine the condition of the land around the Pipeline.

5. On March 21, 2026, I was traveling along San Julian Road leading into Gaviota State Park. This road is a primary access road into a portion of Gaviota State Park, and also leads to Vista de las Cruces School, a grades TK-8 school in the Vista Del Mar School District, which is surrounded by Gaviota State Park. As I was traveling along San Julian Road, within the boundary of Gaviota State Park, in the vicinity of where the Pipeline runs as noted by the yellow/orange stakes, I discovered what I observed to be a depression or sinkhole in the ground around the roadway, specifically along where the subterranean pipeline runs.

6. I took several photographs of the sinkhole that I observed first on March 21, 2026. Attached is a true and correct copy of three of the photographs I have taken. In each of these photographs, there are stakes with yellow/orange circles on either side of the roadway. These stakes denote the location of the Pipeline where it goes underneath the roadway.

7. I regularly work Tuesday through Saturday and was working at the time I made this observation and took the photographs of the observed sinkhole.

8. Attached as Exhibit "O" is a true and correct copy of a photograph I took that I believe accurately demonstrates the overhead appearance of the erosion and depression caused perpendicular to San Julian Road and includes the yellow/orange signs to show the location of the Pipeline.

DECL. OF DAVID FLORA ISO MOTION FOR PRELIMINARY INJUNCTION (2:26-02946-WLH-MAA)

9. Attached as Exhibit "P" is a true and correct copy of a photograph I took that I believe accurately demonstrates a closer view at the sinkhole that formed beneath San Julian Road near the Pipeline. This picture also includes the yellow/orange signs to show the location of the Pipeline.

10. Attached as Exhibit "Q" is a true and correct copy of a photograph I took that I believe accurately demonstrates a different angle of San Julian Road, depicting the proximity between the sinkhole that formed beneath the roadway and the Pipeline. This picture also includes the yellow/orange signs to show the location of the Pipeline.

11. Attached as Exhibit "R" is a true and correct copy of a map that I reviewed from google maps, which shows where I took the photos, as well as the location of the nearby unnamed creek that leads into Gaviota Creek.

12. Based on my preliminary review of the visible erosion, I cannot determine whether the Pipeline is causing or contributing to the collapse in the ground overlying the Pipeline's path. I cannot also not determine whether the erosion is altering the structure of the area in a way that may make the pipeline a danger for people or the surrounding environment.

13. However, whether the Pipeline is causing the subsidence or not, I believe an engineer, soil conservationist, or similar expert is necessary to evaluate the soil conditions around the roadway and Pipeline to determine how the Pipeline is impacting Gaviota State Park, and conversely whether the observed depression at Gaviota State Park impacts the safe operation of the Pipeline.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/27/2026 _____

Signed by:

2A05DBE707F3484...

David Flora
Declarant

3

DECL. OF DAVID FLORA ISO MOTION FOR PRELIMINARY INJUNCTION (2:26-02946-WLH-MAA)



EXHIBIT O





EXHIBIT P





EXHIBIT Q



# EXHIBIT R

