LATHAM & WATKINS LLP
    Jessica Stebbins Bina (Bar No. 248485)
    *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:  +1 424.653.5501

BABST CALLAND
    Nicholas McDaniel (*pro hac vice*)
    *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:  +1 202.853.3491

HOLLAND & KNIGHT LLP
    James W. Noe (*pro hac vice*)
    *jim.noe@hklaw.com*
    Ashley Akers (*pro hac vice*)
    *ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile: +1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp.
and Pacific Pipeline Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:26-cv-02946-WLH-MAA<br><br>**DECLARATION OF JESSICA STEBBINS BINA IN SUPPORT OF DEFENDANTS SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: April 24, 2026<br>Time: 1:30 p.m.<br>Hon. Wesley L. Hsu<br><br>Complaint Filed: March 17, 2026<br>Date Removed: March 19, 2026 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:26-cv-02946-WLH-MAA
DECL. OF J. STEBBINS BINA ISO OPP. TO
MOTION FOR PRELIMINARY INJUNCTION

## <u>DECLARATION OF JESSICA STEBBINS BINA</u>

I, Jessica Stebbins Bina, declare as follows:

1.    I am an attorney admitted to practice before this Court.  I am a partner with Latham & Watkins LLP, counsel of record for Defendants Sable Offshore Corp., and Pacific Pipeline Company (collectively, "Sable").  I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of a report dated April 2, 2026, prepared by FJ Technologies, Inc., to evaluate the "sinkhole" reported to Sable by the California Department of Parks & Recreation.

3.    Attached hereto as Exhibit B is a true and correct copy of the qualifications of FJ Technologies and its principal, Brien Vierra, who prepared the above report.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 3, 2026, in Los Angeles, California.

/s/*Jessica Stebbins Bina*
Jessica Stebbins Bina

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:26-cv-02946-WLH-MAA
DECL. OF J. STEBBINS BINA ISO OPP. TO
MOTION FOR PRELIMINARY INJUNCTION