# EXHIBIT A



# 30-inch Line 325A Pipeline

# Crossing near San Julian Road – Drainage Swale

April 2, 2026

Prepared by:



*TECHNOLOGIES, INC.*
*P.O. BOX 926*
*ATASCADERO, CA 93423-0926*

*805-235-7943*

EXHIBIT A



## TABLE OF CONTENTS

**I.    Project Overview** _____**3**

**II.   Design Information** _____**4**

**III.  Site Review** _____**4**

**IV.  Findings** _____**9**

EXHIBIT A
5



**PACIFIC PIPELINE COMPANY**

30-inch Line 325A Pipeline – Drainage Swale Evaluation
April 2, 2026

## I.  Project Overview

FJ Technologies, Inc. was retained by Sable Offshore Corp. to evaluate a reported "Sinkhole" near the 30-inch pipeline. This report provides our opinion of the area based on visual observations. The location was west of Vista Del Mar School and uphill of San Julian Road (southerly side of road) in Santa Barbara County as depicted in the map below.



Vicinity Map

A brief description of the pipeline and the terrain it traverses is as follows:

Pipeline 325A is a 30-inch pipeline extending west from the Gaviota Station to an MOV located east of Gaviota Creek and US 101. It enters Gaviota State Park approximately 0.5 miles east of U.S. 101 and extends westerly across the gently sloping coastal terrace and Cañada del Barro before dropping into the Cañada de la Gaviota drainage area. It then crosses U.S. Highway 101 and Gaviota Creek (Cañada de la Gaviota) immediately south of the U.S. Highway 101 "Caltrans" rest stop areas.

The pipeline then extends west and north from the Gaviota Creek MOV. The pipeline continues west up a broad spur ridge to the ridge crest and the westerly boundary of Gaviota State Park. The pipeline traverses narrow ridge crests, crosses out of the Park and onto Hollister Ranch for approximately one-half mile, and then crosses back into the Park before descending toward the west fork of Gaviota Creek (Betty Creek). The ROW passes west of the Vista del Mar School and Las Cruces Adobe and then crosses beneath Highway 1 west of its intersection with US 101.

The pipeline continues northward along the west side of US 101 through the Santa Ynez Mountains. It crosses long expanses of grasslands across the Las Cruces Ranch and steep, walled canyons that form part of the Nojoqui Creek watershed. North of Moonshine Creek, the route crosses ridges with rock outcroppings. The pipeline crosses beneath the Santa Ynez River west and south of Buellton and continues north across the Purisima and Solomon Hills. It crosses the northern edge of the San

EXHIBIT A



Rafael Mountains and the eastern edge of the Santa Maria Valley. The pipeline crosses beneath the Sisquoc River and continues north across the River Valley. It traverses moderately to severely sloping foothills at Kelly Canyon and extends west to the Sisquoc Station at the southern end of Santa Maria Canyon.

## II.  Design Information

The pipeline is 30-inches in diameter, has a wall thickness of 0.340 inches in this area and has a specified yield strength of 70,000 psi. The pipe in the area of San Julian Road varies in depth from 5.5 feet (upstream of reported "Sinkhole") to 20.25 feet at the northerly edge of San Julian Road. The depth of the pipe closest to the "Sinkhole" was measured at 6.6 feet deep approximately 11 feet to the east of the "Sinkhole".

## III.  Site Review

On April 2, 2026 the site was visually observed and inspected. Our opinion along with the attached photos to support our opinion, are shown below:

- Location of the reported "sinkhole" was within a drainage swale or remnants of an old dirt road that was cross cut along the hillside. The swale sloped from the west to east transporting any water shed to the east down the hill. The swale or travel path minimizes erosion by slowing the water via a gradual side slope instead of the steep down slope.



Photo Exhibit 1 – Looking Southerly from San Julian Road

- "Sinkhole" was observed to be at the downhill side of the swale in which it measured approximately 1 foot wide by 1.25 feet deep and extended horizontally to the north (towards San Julian Road) approximately 3 feet. Another hole was observed on the northerly side (outside or downhill) of the swale in which it measured approximately 6 inches in diameter and extended into the sidehill approximately 1 foot. The two holes appeared to be connected at one time via a rodent burrow but a pole or tape measure could not be slid between the two holes. The bottom of the upper hole and the lower hole were at the same approximate elevation.

EXHIBIT A



30-inch Line 325A Pipeline – Drainage Swale Evaluation
April 2, 2026

- In our opinion the two holes were interconnected at one time thus allowing water to be transported downhill instead of via the swale thus creating the reported "sinkhole" or erosion during a rain event. The "sinkhole" was observed to be only 1.25 feet below grade and not extending toward the pipeline but extending directly to the north downslope to the hole located downhill towards San Julian Road.
- The pipeline is 11 feet away from the erosion in which the erosion or sinkhole is not impeding on the line or posing a hazard to the line. The swale or path currently transports runoff over the top of the line and the line is approximately 6.6 feet deep at the crossing thus it is protected via natural cover and the area around the line appears to be stable with no erosion where the pipe crosses the swale.



Photo Exhibit 2 – Looking easterly along drainage swale



Photo Exhibit 3 – Looking northwesterly along drainage swale

EXHIBIT A



30-inch Line 325A Pipeline – Drainage Swale Evaluation
April 2, 2026



Photo Exhibit 4 – Looking northerly downslope



Photo Exhibit 5 – Looking northerly downslope

EXHIBIT A

9



30-inch Line 325A Pipeline – Drainage Swale Evaluation
April 2, 2026



Location of outlet of erosion

Photo Exhibit 6 – Looking southerly upslope



Location of outlet of erosion

Evidence of water flow or erosion downstream of outlet

Photo Exhibit 7 – Looking southerly upslope

EXHIBIT A



30-inch Line 325A Pipeline – Drainage Swale Evaluation
April 2, 2026



Photo Exhibit 8 – Looking northwesterly along drainage swale



Photo Exhibit 9 – Looking southerly upslope

EXHIBIT A

11



## IV. Findings

- It is our opinion that the two holes were interconnected at one time thus allowing water to be transported downhill instead of via the swale thus creating the reported "sinkhole" or erosion during a rain event. The "sinkhole" was observed to be only 1.25 feet below grade and not extending toward the pipeline but extending directly to the north downslope to the hole located downhill towards San Julian Road.

- The pipeline is not exposed at this location and has full depth of coverage per 49 CFR 195.248 "Cover over buried pipeline." 49 CFR 195.248 requires 3 feet of coverage and the pipe is reported to have 6.6 feet of coverage.

- Visual observations of the area did not provide any evidence of erosion or rilling over the pipeline. Erosion or sinkhole is 11 feet away and is at a depth of 16 inches below surface and travelling parallel to as well as downslope to the pipeline thus not posing a risk to the pipeline.

EXHIBIT A

12