LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice*)
  *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
  James W. Noe (*pro hac vice*)
  *jim.noe@hklaw.com*
  Ashley Akers (*pro hac vice*)
  *ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile: +1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp.
and Pacific Pipeline Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:26-cv-02946-WLH-MAA<br><br>**DECLARATION OF NATHAN SODERBERG IN SUPPORT OF DEFENDANTS SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: April 24, 2026<br>Time: 1:30 p.m.<br>Hon. Wesley L. Hsu<br><br>Complaint Filed: March 17, 2026<br>Date Removed: March 19, 2026 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:26-cv-02946-WLH-MAA
DEC. OF NATHAN SODERBERG ISO OPP. TO
MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746(2), I, Nathan Soderberg, hereby declare:

1.    I am the Manager, Right of Way of Sable Offshore Corp. (referred to together with Pacific Pipeline Company, "Sable").  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify competently to them.

2.    On Saturday, March 21, 2026, I received a voicemail from Kate Wilson at the California Department of Parks and Recreation ("CDPR").  She informed me that some erosion had been reported in Gaviota State Park (the "Park") near a pipeline owned and operated by Sable, which runs under a portion of the Park.  Ms. Wilson's voicemail explained that the erosion "doesn't look like it's problematic in this very moment but it could be. Um, in the future."  A true and correct copy of a transcript of her voicemail to me is attached as **Exhibit A**.

3.    Ms. Wilson also texted photographs of the reported erosion.  True and correct copy of the photos she texted are attached as **Exhibit B**.

4.    Upon receiving Ms. Wilson's report, I immediately contacted my supervisors at Sable to inform them of my intention to investigate the reported erosion with our field team.

5.    Colleagues of mine were also contacted on Monday, March 23, 2026, by an inspector with the federal Pipeline and Hazardous Materials Safety Administration ("PHMSA"), regarding the same report of erosion.  My understanding is that CDPR reported the erosion to California's Office of the State Fire Marshal, who in turn notified PHMSA, who notified Sable.

6.    At my direction, on Tuesday, March 24, 2026, a line rider with Sable's field team entered the Park to investigate Ms. Wilson's report.  The line rider reported that there was a small sink hole that appeared to be caused by water flowing underground during recent heavy rains.  He confirmed that the small sinkhole is located approximately 10 feet from the buried pipeline.  He documented the depth

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:26-cv-02946-WLH-MAA
DEC. OF NATHAN SODERBERG ISO OPP. TO
MOTION FOR PRELIMINARY INJUNCTION

of the hole at approximately 4 feet deep.  He also took photographs of the hole, with an orange traffic cone for scale, documenting that the width of the hole is approximately the same width as the traffic cone (approximately 12-14 inches). Attached as **Exhibit C** are true and correct copies of photographs taken by the Sable line rider.

7.    Our operations and management teams consulted and agreed that, based on our experience in the field and the observations of the line rider which demonstrated the erosion was minimal, contained, and a safe distance from the pipeline, no further action was warranted at this time.

8.    On Friday, March 27, 2026, at approximately 3:55 p.m. PT, I texted Ms. Wilson a summary of our conclusions, including that our "consensus is that [the sinkhole] does not pose a threat to the integrity of the pipeline."  A true and correct copy of my text is attached as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 3, 2026 in Santa Maria, California.

_____
Nathan Soderberg

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 2:26-cv-02946-WLH-MAA
DEC. OF NATHAN SODERBERG ISO OPP. TO
MOTION FOR PRELIMINARY INJUNCTION