**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| California Department of Parks and Recreation | 2:26-cv-02946-WLH-MAAx |
| v. PLAINTIFF(S) | |
| Sable Offshore Corp. et al | **ORDER RE TRANSFER**
**(RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_April 13, 2026_ _____
Date

_[signature]_ STEPHEN V. WILSON
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____
Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:20-cv-02415-SVW-SSCx  and the present case:

☑ A.    Arise from the same or closely related transactions, happenings or events; or

☑ B.    Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.    For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.    Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Maria A. Audero_____ to Magistrate Judge _____Stephanie S. Christensen_____.

On all documents subsequently filed in this case, please substitute the initials _____SVW-SSCx_____ after the case number in place of the initials of the prior judge, so that the case number will read _____2:26-cv-02946-SVW-SSCx_____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/23)                        ORDER RE TRANSFER (Related Cases)