LATHAM & WATKINS LLP
  Jessica Stebbins Bina (Bar No. 248485)
  *jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
  Nicholas McDaniel (*pro hac vice*)
  *nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
  James W. Noe (*pro hac vice*)
  *jim.noe@hklaw.com*
  Ashley Akers (*pro hac vice*)
  *ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile:  +1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp.
and Pacific Pipeline Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:26-cv-02946-SVW-SSC<br><br>**EVIDENTIARY OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: April 27, 2026<br>Time: 1:30 p.m.<br>Hon. Stephen V. Wilson<br><br>Complaint Filed: March 17, 2026<br>Date Removed: March 19, 2026 |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

1

CASE NO. 2:26-cv-02946-SVW-SSC
EVIDENTIARY OBJECTIONS TO EVIDENCE
SUBMITTED ISO PI MOTION

Defendants Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable") hereby object to the following evidence presented by Plaintiff California Department of Parks and Recreation ("CDPR") in its reply brief in support of CDPR's Motion for Preliminary Injunction, which is set for hearing on April 27, 2026, at 1:30 p.m., before this Court.

## I.  <u>OBJECTION TO THE SUPPLEMENTAL DECLARATION OF DENA BELLMAN (ECF NO. 30-2)</u>

| | **Material Objected to:** | **Grounds for Objection:** |
|---|---|---|
| 1 | "To my knowledge, no one at State Parks asked Sable to remove the Pipeline itself from Gaviota State Park prior to March 14, 2026, when State Parks sent Sable a letter demanding that Sable remove the Pipeline from Gaviota State Park. Thus, it is my understanding that Sable had permission from State Parks to keep the Pipeline and minimally maintain it in a dormant state at Gaviota State Park consistent with applicable Right of Entry Permits until the letter was issued and the right to keep the Pipeline was revoked." ¶ 6. | This assertion is speculative and lacks foundation. *See* Fed. R. Evid. 602, 701. These assertions contradict Ms. Bellman's prior declaration, which stated that "Sable does not have an easement that would otherwise allow it to access the Park." Bellman Decl., ECF 23-4, ¶ 8. This assertion also contradicts CDPR's Complaint, which explicitly states multiple times that "[t]he easement . . . expired on July 27, 2016," and "Sable therefore does not have an easement to allow its pipeline to remain in place under or across Gaviota State Park." Compl., ECF 1-1, ¶ 12. *See Macleod v. Emerson Elec. Co.*, No. EDCV110159FMOPLAX, 2014 WL 12591664, at *6 (C.D. Cal. Apr. 30, 2014) ("A party cannot create an issue of fact by a declaration contradicting his or her own deposition or other sworn testimony."). |

Dated:  April 17, 2026                    Respectfully submitted,

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

2

CASE NO. 2:26-cv-02946-SVW-SSC
EVIDENTIARY OBJECTIONS TO EVIDENCE
SUBMITTED ISO PI MOTION

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*
LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  +1 424.653.5500
Facsimile:   +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone:  +1 202.853.3455
Facsimile:   +1 202.853.3491

HOLLAND & KNIGHT LLP
James W. Noe (*pro hac vice*)
*jim.noe@hklaw.com*
Ashley Akers (*pro hac vice*)
*ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile:  +1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp. and Pacific Pipeline Company*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

CASE NO. 2:26-cv-02946-SVW-SSC
EVIDENTIARY OBJECTIONS TO EVIDENCE
SUBMITTED ISO PI MOTION