UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES - GENERAL


| Case No.: | 2:26-cv-02946-SVW-SSC | Date: | April 27, 2026 |
|---|---|---|---|

| Title: | California Department of Parks and Recreation v. Sable Offshore Corp. et al |
|---|---|

Present: The Honorable    **STEPHEN V. WILSON, United States District Judge**

| Daniel Tamayo | c/s 4-27-2026 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jessica Tucker-Mohl | Nicholas McDaniel |
| Alice Segal | Jessica Stebbins Bina |

**Proceedings:**    MOTION for Preliminary Injunction filed by Plaintiff [23]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

CV-90 (12/02)                          **CIVIL MINUTES - GENERAL**                          Initials of Deputy Clerk <u>DTA</u>