UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | |
|---|---|
| 1a. Contact Person for this Order | Karin Sanders |
| 2a. Contact Phone Number | 858-523-5400 |
| 3a. Contact E-mail Address | karin.sanders@lw.com |

| | |
|---|---|
| 1b. Attorney Name (if different) | Jessica Stebbins Bina |
| 2b. Attorney Phone Number | 424-653-5525 |
| 3b. Attorney E-mail Address | Jessica.StebbinsBina@lw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

**5. Name & Role of Party Represented**  Defendants Sable Offshore Corp. and Pacific Pipeline Company

**6. Case Name**  California Department of Parks and Recreation v. Sable Offshore Corp., et al.

**7a. District Court Case Number**  2:26-cv-02946-SVW-SSC

**7b. Appeals Court Case Number**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

[X] DIGITALLY RECORDED      [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:**   [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

**a. HEARING(S) OR PORTIONS OF HEARINGS** (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.) PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN- SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.) | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/27/2026 | 42 | Wilson | Full Preliminary Injunction Hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**  CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.**  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  April 27, 2026     Signature  /s/ Jessica Stebbins Bina

G-120 (06/18)