ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Counsel
MICHAEL K. ROBERTSON
Trial Attorney
MATTHEW OAKES
Assistant Section Chief
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone:  (202) 598-3835
Email:  michael.robertson@usdoj.gov

*Attorneys for Proposed Defendant-Intervenor*
*the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:26-cv-02946-SVW-SSC<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM FEDERAL RULE OF CIVIL PROCEDURE 24(C)**<br><br>Hearing Date: June 8, 2026<br>Time: 1:30 pm<br>Judge: Honorable Stephen V. Wilson<br><br>Complaint Filed: March 17, 2026<br>Date Removed: March 19, 2026 |

*Motion for Relief*
*from Rule 24(c)*

**NOTICE OF MOTION FOR RELIEF FROM FEDERAL RULE CIVIL PROCEDURE 24(C)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 6 and 7, proposed Defendant Intervenor the United States of America moves the Court for temporary relief from Federal Rule of Civil Procedure 24(c)'s pleading requirement by permitting the United States to file its responsive pleading alongside Defendants. For the reasons stated in the United States's accompanying Memorandum in Support, the relief the United States seeks is consistent with the purposes underlying Rule 24(c)'s pleading requirement and will not prejudice any party.

In accordance with Local Rules 6-1, 7-3 through 7-8, this Motion is supported by a Memorandum in Support, declaration of counsel, and a proposed order.

Accordingly, the United States respectfully requests that the Court grant the Motion and permit the United States to file its responsive pleading on May 18, 2026, or within seven days following the Court's ruling on the United States's Motion to Intervene should the Court grant intervention, whichever is later.

DATED: May 5, 2026          Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
BRADLEY CRAIGMYLE
ROBERT N. STANDER
Deputy Assistant Attorneys General
RILEY W. WALTERS
Counsel

*/s/ Michael K. Robertson*
MICHAEL K. ROBERTSON
MATTHEW R. OAKES
Email: Michael.Robertson@usdoj.gov
Counsel (DC Bar No. 1017183)
U.S. Department of Justice
Environment & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530

1

*Motion for Relief
from Rule 24(c)*

Phone:  (202) 598-3835

*Attorneys for Proposed Defendant-Intervenor
the United States of America*

2