ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
*Jessica.tuckermohl@doj.ca.gov*
Supervising Deputy Attorney General
ALICE M SEGAL (SBN 288108)
*alice.segal@doj.ca.gov*
NICK TSUKAMAKI (SBN 253959)
*nicholas.tsukamaki@doj.ca.gov*
Deputy Attorneys General
State Bar No. 288108
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9640
 Fax: (916) 732-7920
*Attorneys for Plaintiff*
*California Department of Parks and Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Department of Parks and Recreation,**<br><br>Plaintiff,<br><br>v.<br><br>**Sable Offshore Corp. and Pacific Pipeline Company,**<br><br>Defendants. | Case No. 2:26-cv-02946-SVW-SSC<br><br>**NOTICE OF PLAINTIFF'S INTENTIONS REGARDING THE UNITED STATES MOTIONS TO INTERVENE AND FOR RELIEF IN RESPONSE TO ECF NO. 54**<br><br>Date: June 8, 2026<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: Not Set<br>Action Filed: 3/17/2026<br>Date Removed: 3/19/2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:**

Plaintiff California Department of Parks and Recreation ("State Parks") intends to oppose the Motion to Intervene by the United States of America (ECF 52). State Parks intends to timely file this opposition on May 18, 2026.

/ / /

/ / /

/ / /

/ / /

1

Notice Re ECF No. 54 (Case No. 2:26-cv-02946-WLH-MAA)

State Parks does not presently plan to oppose the Motion for Relief from Federal Rule of Civil Procedure 24(c) by the United States of America (ECF 53).

Dated:  May 8, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

ALICE M. SEGAL
Deputy Attorney General
*Attorneys for Plaintiff*
*California Department of Parks and Recreation*

SD2026301487

Notice Re ECF No. 54 (Case No. 2:26-cv-02946-WLH-MAA)

# CERTIFICATE OF SERVICE

Case Name:   **California Department of Parks and Recreation v. Sable Offshore Corp. and Pacific Pipeline Company**

Case No.    **2:26-cv-02946-SVW-SSC**

I hereby certify that on <u>May 8, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF PLAINTIFF'S INTENTIONS REGARDING THE UNITED STATES MOTIONS TO INTERVENE AND FOR RELIEF IN RESPONSE TO ECF NO. 54**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 8, 2026</u>, at San Diego, California.

| J. Llorens | */s/ J. Llorens* |
|:---:|:---:|
| Declarant | Signature |