IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **California Department of Parks and Recreation,**<br>Plaintiff,<br>**v.**<br>**Sable Offshore Corp. and Pacific Pipeline Company,**<br>Defendant. | Case No. 2:26-cv-02946-SVW-SSC<br>[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: Not Set<br>Action Filed: 3/17/2026<br>Date Removed: 3/19/2026 |

**[PROPOSED] ORDER**

Having considered the Parties' stipulation regarding Plaintiff California Department of Parks and Recreation's ("State Parks") desire to file a First Amended Complaint, the Court ORDERS as follows:

State Parks has leave to file a First Amended Complaint in this action.

The First Amended Complaint is deemed filed when the Court accepts it as a filed separate document pursuant to Civil Local Rule 15-1.

Defendants Sable Offshore Corp. and Pacific Pipeline Company, and Intervenor-Defendant United States of America shall have 30 days from the date the First Amended Complaint is deemed filed as a separate document pursuant to

Civil Local Rule 15-1 to file responsive pleadings and may file motions for summary judgment (subject to any additional applicable meet and confer requirements).

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________
Honorable Stephen V. Wilson

SD2026301487
85849091.docx