LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
*nmcdaniel@babstcalland.com*
505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
James W. Noe (*pro hac vice*)
*jim.noe@hklaw.com*
Ashley Akers (*pro hac vice*)
*ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile: +1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp. and Pacific Pipeline Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:26-cv-02946-SVW-SSC<br><br>**DEFENDANTS SABLE OFFSHORE CORP. AND PACIFIC PIPELINE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 11, 2027<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 11, 2027, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen V. Wilson in Courtroom 10A of the U.S. District Court for the Central District of California, Western Division, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Defendants Sable Offshore Corp. and Pacific Pipeline Company (collectively, "Sable") will move the Court for summary judgment on Plaintiff California Department of Parks and Recreation's First Amended Complaint (all claims) pursuant to Federal Rule of Civil Procedure 56.

This motion is made on the grounds that there is no genuine dispute as to any material fact and that Sable is entitled to judgment as a matter of law.

This motion is based on this Notice, the accompanying memorandum of points and authorities, the separate statement of uncontroverted facts and conclusions of law, the declaration of Jessica Stebbins Bina in support of the motion, and the proposed judgment; the pleadings and records on file herein; and upon all other arguments and evidence that may be presented to this Court.

This motion is made following a conference between counsel pursuant to Local Rule 7-3, which took place on September 21, 2026.

Dated: October 23, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jessica Stebbins Bina*

LATHAM & WATKINS LLP
Jessica Stebbins Bina (Bar No. 248485)
*jessica.stebbinsbina@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: +1 424.653.5500
Facsimile: +1 424.653.5501

BABST CALLAND
Nicholas McDaniel (*pro hac vice*)
*nmcdaniel@babstcalland.com*

505 Ninth St., NW, Suite 602
Washington, DC 20004
Telephone: +1 202.853.3455
Facsimile: +1 202.853.3491

HOLLAND & KNIGHT LLP
James W. Noe (*pro hac vice*)
*jim.noe@hklaw.com*
Ashley Akers (*pro hac vice*)
*ashley.akers@hklaw.com*
800 17th St., NW, Suite 1100
Washington, DC 20006
Telephone: +1 202.469.5525
Facsimile: +1 202.955.5564

*Attorneys for Defendants Sable Offshore Corp. and Pacific Pipeline Company*