ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
IAN M. SWENSON
Senior Counsel
MICHAEL K. ROBERTSON
MATTHEW OAKES
Trial Attorneys
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS AND RECREATION<br><br>Plaintiff,<br><br>v.<br><br>SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY, and DOES 1-50 inclusive,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Intervenor Defendant. | Case No. 2:26-cv-02946-SVW-SSC<br><br>**INTEVENOR'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: January 11, 2027<br>Time: 1:30pm<br>Judge: Honorable Stephen V. Wilson |

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on January 11, 2027, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West First Street in Los Angeles, California 90012, Intervenor the United States of America will and hereby does move the Court for summary judgment on the grounds that Plaintiff's claims are preempted.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 21, 2026.

Dated: October 23, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
IAN M. SWENSON
Senior Counsel
MICHAEL K. ROBERTSON
MATTHEW OAKES
Trial Attorneys
*/s/ Michael K. Robertson*
Michael K. Robertson
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Phone: (202) 598-3835
Email: michael.robertson@usdoj.gov
*Attorneys for Defendants*