ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL (SBN 262280)
Supervising Deputy Attorney General
E-mail: Jessica.Tuckermohl@doj.ca.gov
NICHOLAS TSUKAMAKI (SBN 253959)
E-mail: Nicholas.Tsukamaki@doj.ca.gov
ALICE SEGAL (SBN 288108)
E-mail: Alice.Segal@doj.ca.gov
AMANDA JOHNSON (SBN 303457)
E-mail: Amanda.Johnson@doj.ca.gov
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Tel: (510) 879-0982
*Attorneys for Plaintiff*
*Department of Parks & Recreation*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF PARKS AND RECREATION,**<br>Plaintiff,<br>**v.**<br>**SABLE OFFSHORE CORP., PACIFIC PIPELINE COMPANY,** and **DOES 1-10** inclusive,<br>Defendants,<br>and<br>**UNITED STATES OF AMERICA**<br>Intervenor-Defendant | Case No. 2:26-cv-02946-SVW-SSC<br>**NOTICE OF ERRATA IN SUPPORT OF CALIFORNIA DEPARTMENT OF PARKS AND RECREATION'S OPPOSITION TO SABLE OFFSHORE CORP.'S AND PACIFIC PIPELINE COMPANY'S MOTION FOR SUMMARY JUDGMENT, AND OPPOSITION TO THE UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**<br>Date: January 11, 2027<br>Time: 1:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Stephen V. Wilson<br>Trial Date:<br>Action Filed: 3/17/2026 |

## NOTICE OF ERRATA

Plaintiff California Department of Parks and Recreation ("State Parks") hereby submits this Notice of Errata in support of its Opposition to Defendants Sable Offshore Corp.'s and Pacific Pipeline Company's (collectively "Sable") Motion for Summary Judgment (ECF 76), and in support of its Opposition to Intervenor-Defendant the United States of America's Motion for Summary Judgment (ECF 77) (collectively "the Oppositions").

State Parks filed the Oppositions on November 23, 2026. State Parks has discovered the following two (2) inadvertent errors in the filing of the Oppositions that it now wishes to correct:

1. State Parks' Opposition to Sable's Motion for Summary Judgment (ECF 76) was inadvertently filed in response to ECF 72, which is the United States of America's Motion for Summary Judgment. State Parks' Opposition to Sable's Motion for Summary Judgment (ECF 76) should have been filed in response to ECF 71, which is Sable's Motion for Summary Judgment.

2. ECF 77-1, which is the Statement of Genuine Disputes in Support of Plaintiff California Department of Parks and Recreation's Opposition to the Motion for Summary Judgment Filed by Defendant Intervenor United States of America, was incorrectly described in the filing system as the Statement of Genuine Disputes in Support of Plaintiff California Department of Parks and Recreation's Opposition to the Motion for Summary Judgment Filed by Defendants *Sable Offshore Corp. and Pacific Pipeline Company*. However, the document filed as ECF 77-1 is the correct document.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: November 25, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JESSICA E. TUCKER-MOHL
Supervising Deputy Attorney General

*/s/ Nicholas Tsukamaki*

NICHOLAS TSUKAMAKI
Deputy Attorney General
*Attorneys for Plaintiff California Department of Parks and Recreation*

SD2026301487